UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBIN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD GAETZ, LIEUTENANT HUBLER, PETER LISZEWSKI, PETER J JOHNSON, WILLIAM HARRIS, MATT FLOWERS, BOBBY JOHNSON, BILLY ROLLA, C/O LAWRENCE, JEFFREY BARKER, KIM DEEN, BRENDA PAULSMEYER, KARRI SANDERS and BRETT A. KLINDWORTH,<br><br>        Defendants. | Case No. 14-cv-142-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 82) of Magistrate Judge Philip M. Frazier recommending that the Court deny the motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b) filed by defendants Billy Rolla, Bobby Johnson, Brenda Paulsmeyer, Karri Sanders, C/O Lawrence, Matt Flowers, William Harris and Lieutenant Hubler (Doc. 55).   The Report also recommends dismissal of William Harris after the failure to substitute another defendant after the suggestion of Harris' death on the record (Doc. 57).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.   Fed. R. Civ. P. 72(b)(3).   The Court must review *de novo* the portions of the report to which objections are made. *Id.*   "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."   *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received a "Motion of Response and Objections" from Smith (Doc. 86), but

that document contains no objection to any facet of the Report.[1]   Therefore, the Court finds no objection to the Report has been filed.   The Court has reviewed the entire file and finds that the Report is not clearly erroneous.   Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 82);

- **DENIES** the defendants' motion to dismiss (Doc. 55);

- **DENIES as moot** Smith's Motion of Objections to Notice (Doc. 87);

- **DISMISSES** all claims in this case against defendant William Harris **with prejudice**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED:   July 22, 2015**

                                                                                     s/ J. Phil Gilbert
                                                                                    **J. PHIL GILBERT**
                                                                                    **DISTRICT JUDGE**

---

[1] The Court notes that Smith has also filed a document titled "Motion of Objections to Notice," which has been erroneously docketed as pertaining to the Report (Doc. 87).   It expresses no objection to the Report.   Instead it appears to be a general complaint about Smith's lack of understanding about litigation, which the Court has recognized and has considered in its decision to attempt to recruit counsel (Doc. 90).   However, since the motion requests no relief, the Court will deny it as moot.